THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VENKATESWARARAO GOVINDARAJULUJAYARAMAN | § | CASE NO. 23-42230-R |
| XXX-XX-1807 | § | |
| 13395 ALLENWOOD AVENUE | § | CHAPTER 13 |
| FRISCO, TX 75035 | § | |
| | § | |
| DEBTOR | § | |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**AND CLOSING CHAPTER 13 CASE**

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon the request to be discharged of the duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Carey D. Ebert is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 6/17/2025

Brenda T. Rhoades ST

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE